Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-485-558**
**Effective Date of Registration:**
January 22, 2026
**Registration Decision Date:**
February 24, 2026

## Title

**Title of Work:** Gone Fishing

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** June 30, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Ohn Mar Win
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Ohn Mar Win
1 Demontfort Rise, Ware, SG12 0DQ, United Kingdom

## Rights and Permissions

**Name:** Ohn Mar Win
**Email:** ohnmar@ohnmarwin.com
**Address:** 1 Demontfort Rise
Ware SG12 0DQ United Kingdom

## Certification

**Name:** David Denholm
**Date:** January 22, 2026
**Applicant's Tracking Number:** OW2026012001


Gone fishing
Gone fishing
Gone fishing
Gone fishing